

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00479-CV & 04-14-00480-CV

The **STATE** of Texas for the Best Interest and Protection of J.B., a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2014-MH-2027 & 2014-MH-2140
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED. The subject of the orders is indigent; no costs of appeal are taxed in this appeal.

SIGNED March 25, 2015.

_____
Patricia O. Alvarez, Justice